# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED 18-cv-00749 VAP (SHKx) | Date | 6/18/2018 |
| Title | *Jorge A. Zepeda v. Mastec Network Solutions, LLC, et al* | | |

**Present: The Honorable** VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Alvin B. Lindsay | Steven Andrew Groode |

**Proceedings:** PLAINTIFF'S MOTION TO REMAND TO STATE COURT; [DOC. NO. 14]

Matter called. Counsel for the parties are present as referenced above. Court issues tentative ruling, and invites oral argument from Counsel. Having heard from counsel, Court takes the matter under submission.

**IT IS SO ORDERED.**