DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Alvin B. Lindsay (SBN 220236)
alvin@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff JORGE A. ZEPEDA,
on behalf of himself and others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| JORGE A. ZEPEDA, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MASTEC NETWORK SOLUTIONS, LLC, a Florida limited liability company; MASTEC SERVICES COMPANY, INC., a Florida corporation; MASTEC NETWORK SOLUTIONS, INC., a Florida corporation; WESTOWER COMMUNICATIONS INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:18-cv-00749-VAP-SHK<br><br>CLASS ACTION<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE, AND SETTING FINAL APPROVAL HEARING**<br><br>[*Filed concurrently with Memorandum of Points and Authorities; Declarations of David Yeremian and Alvin B. Lindsay; [Proposed] Order*]<br><br>Date:     March 25, 2019<br>Time:     2:00 p.m.<br>Judge:    Hon. Virginia A. Phillips<br>Location: First Street Court House<br>          Courtroom 8A<br>          350 W. 1st Street<br>          Los Angeles, CA 90012<br><br>Original Complaint: February 16, 2018<br>Removed: April 12, 2018<br>First Amended Complaint: June 29, 2018 |

MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on **March 25, 2019**, at **2:00 p.m.** or as soon thereafter as counsel may be heard, in Courtroom 8A of this Court, located at 350 West 1st Street, Los Angeles, California, before the Honorable Virginia A. Phillips, Plaintiff JORGE A. ZEPEDA ("Plaintiff"), on behalf of himself and all other similarly situated employees of Defendants MASTEC NETWORK SOLUTIONS, LLC and MASTEC SERVICES COMPANY, INC. (collectively "Defendants" or "MasTec"), will and hereby does move this Court for preliminary approval of the parties' Joint Stipulation of Class Action Settlement and Release ("Settlement" or "Settlement Agreement"), which proposes a fair and reasonable resolution of all of Plaintiff's class and representative claims against Defendants in this action.

Plaintiff respectfully requests entry of an Order (1) conditionally certifying a Class comprised of Defendants' non-exempt California employees for settlement purposes under the Federal Rules of Civil Procedure, Rule 23 (e.g., "Rule 23"); (2) preliminarily approving the parties' Settlement Agreement; (3) appointing Plaintiff as the Class Representative for the Class and Plaintiff's counsel as Class Counsel; (4) approving the form of the parties' proposed Class Notice; and (5) scheduling a hearing on the final approval of the Settlement and approval of the application of Class Counsel and Plaintiff for their requested attorneys' fees, costs, and Class representative enhancement award.

Plaintiff respectfully submits good cause exists for granting the Motion for the reasons set forth in the concurrently filed documents. Defendants' counsel has reviewed the documents being filed in support of this Motion and does not oppose it, though Defendants have reserved the right to submit a Notice of Non-Opposition, together with any additional points and authorities for the Court's consideration.

The basis for this Motion is that the proposed Settlement is fair, adequate, and reasonable and in the best interests of the Class members as a whole, and the procedures proposed by the parties are adequate to ensure the opportunity of Class

1

MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

members to participate in, opt out of, or object to the Settlement.

  This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities and other documents filed herewith, including the Settlement Agreement, the Class Notice, the Declarations of Class Counsel and any of their exhibits, the [Proposed] Order granting preliminary approval as addressed above, and the other pleadings and records on file in this action, and the presentations of counsel and such oral or documentary evidence as may be presented at the hearing on this unopposed Motion.

DATED: February 25, 2019   DAVID YEREMIAN & ASSOCIATES, INC.

           By: */s/ David Yeremian*
            David Yeremian
            Alvin B. Lindsay
            Attorneys for Plaintiff JORGE A.
            ZEPEDA and others similarly situated