DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Alvin B. Lindsay (SBN 220236)
alvin@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff JORGE A. ZEPEDA,
on behalf of himself and the Settlement Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| JORGE A. ZEPEDA, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MASTEC NETWORK SOLUTIONS, LLC, a Florida limited liability company; MASTEC SERVICES COMPANY, INC., a Florida corporation; MASTEC NETWORK SOLUTIONS, INC., a Florida corporation; WESTOWER COMMUNICATIONS INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:18-cv-00749-VAP-SHK<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION AND PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF JOINT STIPULATION OF CLASS ACTION SETTLEMENT AND RELEASE**<br><br>[*Filed concurrently with Memorandum of Points and Authorities; Declarations of David Yeremian and Lindsay Kline; and [Proposed] Order and Judgment*]<br><br>Date:      September 16, 2019<br>Time:      2:00 p.m.<br>Judge:     Hon. Virginia A. Phillips<br>Location:  First Street Court House<br>           Courtroom 8A<br>           350 W. 1st Street<br>           Los Angeles, CA 90012<br><br>Original Complaint: February 16, 2018<br>Removed: April 12, 2018<br>First Amended Complaint: June 29, 2018 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on **September 16, 2019**, at **2:00 p.m.** or as soon thereafter as counsel may be heard, in Courtroom 8A of this Court, located at 350 West 1st Street, Los Angeles, California, before the Honorable Virginia A. Phillips, Plaintiff JORGE A. ZEPEDA ("Plaintiff"), on behalf of himself and all other similarly situated employees of Defendants MASTEC NETWORK SOLUTIONS, LLC and MASTEC SERVICES COMPANY, INC. (collectively "Defendants" or "MasTec"), will and hereby do move for final approval of the parties' Joint Stipulation of Class Action Settlement and Release ("Settlement" or "Settlement Agreement").

This Motion is being filed concurrently with, and will be heard with, Plaintiff's Motion for Approval of Award of Attorneys' Fees and Costs and Class Representative Enhancement Payment ("Fees and Costs Motion"). Defendant does not oppose this Motion, the Fees and Costs Motion, or the requested awards.

A copy of the parties' preliminarily approved Joint Stipulation of Class Action Settlement and Release ("Settlement" or "Settlement Agreement") is provided at **Exhibit A** to the Declaration of David Yeremian in support of the concurrently filed Fees and Costs Motion ("Yeremian Fees Decl."). (*See also* ECF No. 28-3). The preliminarily approved Notice of Proposed Class Action Settlement and Final Fairness and Approval Hearing ("Class Notice"), which was mailed to the Class members on **June 17, 2019**, is provided with the supporting Declaration from the Settlement Administrator, Lindsay Kline of Simpluris, Inc. (*See* Declaration of Lindsay Kline Re: Notice and Settlement Administration and Final Approval ("Kline Decl."), para. 9, Exhibit A).

Plaintiff makes this Motion pursuant to the Court's authority to approve the class action settlement upon finding that it is fair, reasonable, and adequate under Rule 23(e)(2) of the Federal Rules of Civil Procedure. The basis for this Motion is that the proposed settlement is fair, adequate, and reasonable and in the best interests

of the Class as a whole, and the procedures proposed by the parties are adequate to ensure the opportunity of Class members to participate in, opt out of, or object to the Settlement. The Court has already preliminarily approved the Settlement, and the Settlement Administration has been completed successfully. It provides reasonable compensation to Plaintiff and the Class Members for their claims against Defendant.

Plaintiff requests entry of the concurrently provided [Proposed] Order and Judgment granting final approval of the Settlement Agreement and awarding the Settlement Administrator, Simpluris, Inc., reasonable administration costs and fees of $9,000.00. Plaintiff further requests that the Court approve the requested attorneys' fees and costs and representative enhancement payment awards, as addressed in the Fees and Costs Motion documents.

Plaintiff respectfully submits good cause exists for granting the Motion for the reasons set forth in the concurrently filed documents, and those submitted with the concurrently filed Fees and Costs Motion. This Motion is based upon this Notice of Motion and Unopposed Motion, the Memorandum of Points and Authorities, and the Declarations of David Yeremian (Class Counsel) and Lindsay Kline (Settlement Administration), along with the other documents filed herewith, including the Settlement Agreement documents, any Exhibits to the Declarations, and the [Proposed] Order and Judgment, as addressed above, and the other pleadings and records on file in this action, and the presentations of counsel and such oral or documentary evidence as may be presented at the hearing on this unopposed Motion.

DATED: August 19, 2019                    DAVID YEREMIAN & ASSOCIATES, INC.

By: */s/ Alvin B. Lindsay*
  David Yeremian
  Alvin B. Lindsay
  Attorneys for Plaintiff JORGE A.
  ZEPEDA and the Settlement Class

NOTICE OF MOTION AND PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF JOINT STIPULATION OF CLASS ACTION SETTLEMENT